**Electronically Filed
Supreme Court
SCWC-17-0000427
31-JAN-2019
11:43 AM**

SCWC-17-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

v.

JAMES THOMPSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000427; CRIMINAL NO. 97-0-2401)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., McKenna, Pollack, and
Wilson, JJ., and Circuit Judge Browning,
in place of Recktenwald, C.J., recused)

Petitioner/Defendant-Appellant James Thompson's
Application for Writ of Certiorari filed on December 23, 2018 is
hereby accepted and will be scheduled for oral argument. The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawai'i, January 31, 2019.

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ R. Mark Browning

